No appearance for appellant.

Dan Walton, Dist. Atty., Eugene Brady, Asst. Dist. Atty., Thomas D. White, Asst. Dist. Atty., Houston, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The possession of heroin, a narcotic drug, is the offense; the punishment, five years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

No appearance for appellant.

Dan Walton, Dist. Atty., Thomas D. White, Asst. Dist. Atty., Houston, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is possession of heroin; the punishment, 10 years.

The State has filed a motion, duly verified, asking that the appeal in this case be abated on account of the death of the appellant. A certificate of death accompanies the motion.

The appeal is accordingly abated.

Fred O'Neal HAYNES, Appellant,

v.

The STATE of Texas, Appellee.

No. 27818.

Court of Criminal Appeals of Texas.

Nov. 2, 1955.

Herman CROWDER, Appellant,

v.

The STATE of Texas, Appellee.

No. 27724.

Court of Criminal Appeals of Texas.

Oct. 26, 1955.